7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Steven B. Standing
*Debtor*

*Bankruptcy Case No.*
11–43854–jwv7

**Erlene W. Krigel**
   Plaintiff(s)

*Adversary Case No.*
12–04144–jwv

v.

**Steven B. Standing**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that judgment is entered in favor of the Plaintiff and against Defendant as follows: 1. The Defendant is ordered to pay to Plaintiff the amount of $2,187.65, being $1,594.65 for Defendants non−exempt 2011 federal tax refunds, $300.00 for Plaintiffs attorneys fees, and $293.00 for Court costs. 2. That if Defendant fails to pay the sum of $2,187.65, upon notice by Plaintiff, Defendants discharge shall be revoked, and additional attorneys fees may be awarded. 3. This Judgment is a final judgment for purposes of execution.

                                           Ann Thompson
                                           Court Executive

                                           By: /s/ Jamie Hinkle
                                              Deputy Clerk



Date of issuance: 9/10/12

Court to serve